# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAIME VICENTE BOLANOS                                                        PLAINTIFF

VS.                        4:18CV00043 BRW/JTR

REEDMILLER, Captain; and
FLOWERS, Lieutenant,
Faulkner County Detention Center                              DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray.[4] No objections were filed. After careful review, I approve and adopt the Recommendation as set out below:

The complaint is dismissed without prejudice.[5] Dismissal constitutes a "strike," and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[6]

IT IS SO ORDERED this 3rd day of April, 2017.

                                                      /s/ Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE

---

[4] Doc. No.   .

[5] Doc. Nos. 2 & 3.

[6] 28 U.S.C. § 1915(a)(3) and (g).