# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAIME VICENTE BOLANOS**                                               **PLAINTIFF**

**VS.**                              **4:18CV00043 BRW/JTR**

**REEDMILLER, Captain; and**
**FLOWERS, Lieutenant,**
**Faulkner County Detention Center**                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 3rd day of April, 2017.

                                                          /s/ Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE